RICHARD R. SPIRRA
RSPIRRA@GORDONREES.COM
DIRECT DIAL: (619) 230-7776

**GORDON & REES** LLP

101 W. BROADWAY
SUITE 2000
SAN DIEGO, CA 92101 PHONE: (619) 696-6700 FAX:
WWW.GORDONREES.COM

December 17, 2014

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   Frohberg v. Cumberland Packing
>         USDC Case No.:  1:14-CV-00748-KAM-RLM

Dear Judge Matsumoto:

We represent defendant Cumberland Packing Corporation in the above-referenced matter. Defendant Cumberland Packing's Motion to Dismiss has been fully briefed.  Pursuant to Your Honor's Individual Rules, below is a list of the documents being filed on behalf of Cumberland Packing's Motion to Dismiss:

> Notice of Motion to Dismiss Amended Complaint;
> Memorandum of Law in Support of Motion to Dismiss Amended Complaint;
> Declaration of Richard Spirra in Support of Motion to Dismiss Amended Complaint;
> Reply Brief in Support of Motion to Dismiss Amended Complaint.

In addition, Defendant Cumberland will provide the court with two full sets as courtesy copies.

 Respectfully submitted,

GORDON & REES LLP

/s/ Richard R. Spirra

Richard R. Spirra

RS:wld
Enclosures:  See Above
cc:   Reese Richman, LLP (counsel for plaintiff and the proposed class)
       Halunen & Associates (counsel for plaintiff and the proposed class)

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ OREGON ♦ WASHINGTON
NEW JERSEY ♦ FLORIDA ♦ GEORGIA ♦ CONNECTICUT ♦ MISSOURI ♦ WASHINGTON, DC ♦ PENNSYLVANIA ♦ NORTH CAROLINA