**REESE LLP**
Michael R. Reese
*mreese@reesellp.com*
George V. Granade
*ggranade@reesellp.com*
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**HALUNEN LAW**
Melissa W. Wolchansky
*wolchansky@halunenlaw.com*
1650 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE FROHBERG and NANCY HARDING, on behalf of themselves and all others similarly situated,<br><br>                             Plaintiffs,<br><br>     v.<br><br>CUMBERLAND PACKING CORP.<br><br>                         Defendant. | No. 1:14-00748-KAM-RLM<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 7(b) and 23 of the Federal Rules of Civil Procedure, the undersigned shall bring an unopposed Motion for Preliminary Approval of the Class Settlement before this Court on a date and time to be set by the Court.  This motion is based upon all of the files and pleadings in this matter, as well as the Memorandum of Law; the Declaration of Michael R. Reese; the Declaration of Melissa W. Wolchansky; and, the exhibits submitted herewith.

Date: October 9, 2015                    Respectfully submitted,

                                         REESE LLP

                                          _/s/ Michael R. Reese_____
                                         Michael R. Reese
                                         *mreese@reesellp.com*
                                         875 Avenue of the Americas, 18th Floor
                                         New York, New York  10001
                                         Telephone: (212) 643-0500
                                         Facsimile: (212) 253-4272

                                         HALUNEN LAW
                                         Melissa W. Wolchansky
                                         *wolchansky@halunenlaw.com*
                                         1650 IDS Center
                                         80 South Eighth Street
                                         Minneapolis, Minnesota  55402
                                         Telephone: (612) 605-4098
                                         Facsimile: (612) 605-4099

                                         *Counsel for Plaintiffs and the Proposed Class*