**REESE LLP**
Michael R. Reese
*mreese@reesellp.com*
George V. Granade
*ggranade@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**HALUNEN LAW**
Clayton Halunen
*halunen@halunenlaw.com*
Melissa W. Wolchansky
*wolchansky@halunenlaw.com*
1650 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Counsel for Plaintiffs and the Settlement Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE FROHBERG and NANCY HARDING, on behalf of themselves and all others similarly situated, <br><br>                        Plaintiffs, <br><br>    v. <br><br> CUMBERLAND PACKING CORP., <br><br>                        Defendant. | Case No. 1:14-cv-00748-RLM <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES TO PLAINTIFFS' COUNSEL AND INCENTIVE AWARDS TO THE CLASS REPRESENTATIVES** |

PLEASE TAKE NOTICE that on April 6, 2016, at 2:00 p.m., in the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Roanne L. Mann, Plaintiffs Leslie Frohberg and Nancy Harding will, and hereby do, move the Court for an order granting payment of $450,000 for Class Counsel's fees and expenses and payment of $3,500 to each of the named plaintiffs (for a total of $7,000) for their effort and contribution to this matter.

This motion is based upon this Notice of Motion; the accompanying Memorandum of Law; the Declaration of Michael R. Reese (ECF No. 55-3); the Declaration of Melissa W. Wolchansky (ECF No. 55-4); the Declaration of Leslie Frohberg (ECF No. 55-5); the Declaration of Nancy Harding (ECF No. 55-6); all the pleadings and documents on file in this action; and such other matters as may be presented at or before the hearing.

Date: February 22, 2016                                     Respectfully submitted,

By:  */s/ Michael R. Reese*
Michael R. Reese
*mreese@reesellp.com*
George V. Granade
*ggranade@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Melissa W. Wolchansky
*wolchansky@halunenlaw.com*
**HALUNEN LAW**
1650 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Court Appointed Class Counsel*