ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: April 6, 2016  
START: 2:00 p.m.  
END: 2:15 pm

DOCKET NO: 14-CV-748 (RLM)  
CASE: Frohberg v. Cumberland Packing

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☒ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** — ATTORNEY:
- Melissa Wolchansky
- Michael Reese
- George Granade

**DEFENDANT** — ATTORNEY:
- Benjamin Levine

- ☐ DISCOVERY TO BE COMPLETED BY ___
- ☐ NEXT ___ CONFERENCE SCHEDULED FOR ___
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY ___
- ☐ PL. TO SERVE DEF. BY: ___   DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, and with no objections from any class members (and only two opt-outs), the Court grants the parties' motion for final approval of the class action settlement (DE #55) and motion for attorney's fees, expenses, and service awards to the named plaintiffs (DE #56). The Clerk is requested to close the case.